UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
AUBURN DIVISION

N.D. OF N.Y.
FILED

APR 05 2011

LAWRENCE K. BAERMAN, Clerk
UTICA

| | |
|---|---|
| GEORGE DEVENDORF ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 5:10-cv-01550-DNH -DEP |
| ) | |
| ) | NOTICE OF DISMISSAL OF CASE |
| MALEN & ASSOCIATES, PC ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 1st day of April, 2011.

ATTORNEYS FOR PLAINTIFF
*George Devendorf*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

SO ORDERED
DAVID N. HURD
United States District Judge
Dated: 4/4/11
Utica, NY